# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No. 3:16MJ00136 |
| | : | |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| KEVIN KOOB, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on May 19, 2016. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

May 19, 2016

s/ Sharon L. Ovington
Sharon L. Ovington
Chief United States Magistrate Judge