# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:16MJ00136

  -vs-

Chief Magistrate Judge Sharon L. Ovington

KEVIN KOOB,

    Defendant.

---

## ORDER FOR COMPETENCY EVALUATION

---

       This case is before the Court for consideration of whether Defendant is competent to assist in his own defense. Defendant's behavior raises questions about his competence.  Defendant's counsel, Assistant Federal Public Defender Thomas Anderson has moved to have the Defendant evaluated to determine competency to stand trial.(Doc. #13). The motion is granted.

       Accordingly, the Court finds there is good cause to believe Defendant is not competent, and therefore finds, pursuant to 18 U.S.C. § 4241(a), that there is reasonable cause to believe that Defendant is presently suffering from a mental disease or defect rendering Defendant incompetent to the extent that Defendant is unable to understand the nature and consequences of the proceedings or to properly assist in the defense.

Therefore, pursuant to 18 U.S.C. § 4247(b), Defendant is ordered to be evaluated by Dr. Massimo DeMarchis as soon as possible.  Dr. Massimo DeMarchis shall file a prompt report with this Court pursuant to 18 U.S.C. §4247(c).


July 1, 2016                                                                    s/ Sharon L. Ovington
                                                                              Sharon L. Ovington
                                                                   Chief United States Magistrate Judge