IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | Case No. 3:16mj00136 |
| vs. | : |
| | District Judge Thomas M. Rose |
| KEVIN KOOB, | : Chief Magistrate Judge Sharon L. Ovington |
| Defendant. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally assigned, and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on October 28, 2016 (Doc. #18) is ADOPTED in full;

2. Pursuant to 18 U.S.C. § 4241(d), the Court finds that Defendant is not competent to stand trial. Defendant is ordered committed to the custody of the Attorney General of the United States for a period not to exceed four (4) months for placement in a suitable facility to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

3. The mental health professional designated to conduct the examination shall file a prompt report with this Court pursuant to 18 U.S.C. §4247(c).

                                                                Thomas M. Rose
                                              United States District Judge