# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

:

    Plaintiff,                                             Case No. 3:16MJ0136

:

    -vs-                                                     Magistrate Judge Sharon L. Ovington

KEVIN KOOB,

:

    Defendant.

## ORDER REGARDING RESTORATION OF COMPETENCY TO STAND TRIAL

This case is before the Court upon the Certificate of Restoration of Competency to Stand Trial. Copies of the report have been furnished to counsel. Counsel have advised the Court the Court that they have no objection to the Court's admitting the report in evidence, closing the record without further evidence, and finding on the basis of the report that, as the examining mental health professional concludes, Defendant is now competent to stand trial.

June 27, 2017                                                      s/ Sharon L. Ovington
                                                                         Sharon L. Ovington
                                                            United States Magistrate Judge